# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00029DAE-LEK |
| CASE NAME: | Debra Obertini vs. Aloha Transportation Rentals, Inc., dba Aloha Taxi |
| ATTYS FOR PLA: | Bruce F. Sherman |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/30/2006 | TIME: | 9:25-9:30 |

COURT ACTION:  EP: Rule 16 Scheduling Conference not held. Status Conference held.  Also present, Lunsford Dole Phillips, former attorney for Plaintiff.

Substitution of counsel attempted, no contact with plaintiff possible.

Motion to Withdraw as Counsel to be filed within 2 weeks, by 2/7/06.

Counsel to serve Motion to Withdraw on Plaintiff via certified mail, at the last known address, return receipt requested.

Submitted by: Warren N. Nakamura, Courtroom Manager