BRUCE F. SHERMAN        5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:   (808) 599-3955
Fascimile:    (808) 599-3944
E-mail:        failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEBRA OBERTINI<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALOHA TRANSPORTATION<br>RENTALS INC. dba ALOHA TAXI<br><br>　　　　　Defendants. | ) CIVIL NO. 04-00029 DAE/LEK<br>) (CIVIL RIGHTS)<br>)<br>)<br>) NOTICE OF HEARING FOR<br>) MOTION TO WITHDRAW; MOTION<br>) TO WITHDRAW; DECLARATION<br>) OF BRUCE F. SHERMAN;<br>) DECLARATION OF LUNSFORD D.<br>) PHILLIPS; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>) |

**NOTICE OF HEARING FOR MOTION TO WITHDRAW**

TO:   Debra Obertini
　　　 P.O. Box 6920
　　　 Ocean View, HI. 96737

PLEASE TAKE NOTICE that the attached motion will be presented to the Honorable Leslie E. Kobayashi , Magistrate Judge of the United States District Court, District of Hawai'i, 350 Ala Moana Blvd, PJKK Federal Building, Honolulu, Hawai'i, on _____, the ___ day of _____, 2006, at _____., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai' February 3d , 2006.

BRUCE F. SHERMAN

2

BRUCE F. SHERMAN      5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:   (808) 599-3955
Fascimile:   (808) 599-3944
E-mail:      failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEBRA OBERTINI | ) CIVIL NO. 04-00029 DAE/LEK<br>) (CIVIL RIGHTS) |
| Plaintiff, | ) |
| vs. | ) |
| ALOHA TRANSPORTATION<br>RENTALS INC. dba ALOHA TAXI | ) MOTION TO WITHDRAW |
| Defendants. | ) |

## MOTION TO WITHDRAW

PLAINTIFF'S current attorney of record hereby moves this court for an order permitting him to withdraw as counsel for Plaintiff, Debra Obertini. This motion is made pursuant to F.R.C.P. Rule 7 and LR 7.2. The primary reason for

this motion is that Plaintiff's current attorney is not able to contact Plaintiff Debra Obertini. This motion is supported by the attached Declaration of Bruce F. Sherman and Declaration of Lunsford D. Phillips.

DATED: _February 3d_, 2006

_____
BRUCE F. SHERMAN

2