BRUCE F. SHERMAN     5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:  (808) 599-3955
Fascimile:  (808) 599-3944
E-mail:     failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEBRA OBERTINI<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALOHA TRANSPORTATION RENTALS INC. dba ALOHA TAXI<br><br>　　　　　Defendants. | CIVIL NO. 04-00029 DAE/LEK<br>(CIVIL RIGHTS)<br><br>DECLARATION OF BRUCE F. SHERMAN |

## **DECLARATION OF BRUCE F. SHERMAN**

I, BRUCE F. SHERMAN, state under penalty of law that the following is true and correct:

1.　　I am the current attorney of record in the above-entitled action.

2.  I make this declaration in support of the Motion to Withdraw to which this declaration is attached.

3.  I have attempted to call the Plaintiff, Debra Obertini at the following telephone numbers: (808) 989-2757 and (808) 939-8116. These numbers were contact numbers for Ms. Obertini. The numbers are either inactive or now assigned to another person, who has no knowledge of Ms. Obertini.

4.  Ms. Obertini's former attorney has also attempted to contact her via the United States Postal Service without any success, as indicated in his attached declaration.

5.  I know of no other means by which I can contact Ms. Obertini and therefore can no longer represent her in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawai'i, February 3d, 2006.

_____
BRUCE F. SHERMAN