LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734
Fax: (808) 599-1616
E-mail: lunsfordp001@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEBRA OBERTINI, | ) | CIVIL NO. 04-00029 DAE/LEK |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF LUNSFORD DOLE PHILLIPS** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALOHA TRANSPORTATION RENTALS INC. dba ALOHA TAXI | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF LUNSFORD DOLE PHILLIPS

LUNSFORD DOLE PHILLIPS, being first duly sworn on oath, deposes and says:

1. I was the original attorney for Plaintiff DEBRA OBERTINI. I have either personal knowledge of the matters hereinafter stated or upon information officially furnished to me believe the same to be true and correct;

2. That on December 27, 2005, I wrote OBERTINI, enclosing an executed WITHDRAWAL AND SUBSTITUTION OF COUNSEL that substituted me for Bruce Sherman as her counsel of record. I stated my willingness to resume her representation if she so desired. She made no reply and did not return the pleading.

3. That on January 17, 2006, I wrote her a second time, explaining again my willingness to resume her representation if she so desired and if she indicated her consent by signing and returning the pleading I had sent her. Again she made no reply. I sent this correspondence by certified mail, receipt return requested. I have received no receipt return as of this date.

4. That I have attempted to call OBERTINI by telephone without success, one number having been reassigned and the other having been disconnected.

5. I know of no friends or family of OBERTINI. I know of no place of employment or other entity that might be in touch with her. I have no way to contact her.

DATE: Honolulu, Hawaii, 2/1/2006.

*[signature]*

LUNSFORD DOLE PHILLIPS

3