BRUCE F. SHERMAN      5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:  (808) 599-3955
Fascimile:  (808) 599-3944
E-mail:     failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEBRA OBERTINI | ) CIVIL NO. 04-00029 DAE/LEK |
| | ) (CIVIL RIGHTS) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALOHA TRANSPORTATION | ) |
| RENTALS INC. dba ALOHA TAXI | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I HEREBY certified that a true copy of the NOTICE OF HEARING FOR MOTION TO WITHDRAW; MOTION TO WITHDRAW; DECLARATION OF BRUCE F. SHERMAN; DECLARATION OF LUNSFORD D. PHILLIPS;

CERTIFICATE OF SERVICE was duly served on the Plaintiff on the date indicated below, at her last known address, via United States Postal Service certified mail return receipt requested and via United States Mail, postage prepaid:

>Debra Obertini
>P.O. Box 6920
>Ocean View, HI 96737

DATED: Honolulu, Hawai'i, February 3d, 2006.

BRUCE F. SHERMAN