BRUCE F. SHERMAN        5996
1164 Bishop Street, Suite 124
Honolulu, Hawaiʻi 96813
Telephone:    (808) 599-3955
Fascimile:    (808) 599-3944
E-mail:    failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DEBRA OBERTINI | ) CIVIL NO. 04-00029 DAE/LEK |
| | ) (CIVIL RIGHTS) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALOHA TRANSPORTATION | ) |
| RENTALS INC. dba ALOHA TAXI | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY certified that a true copy of the Minute Entries entered on

February 6, 2006 setting the hearing date and time for Motion to Withdraw as

Attorney was duly served on the Plaintiff on the date indicated below, at her last

known address, via United States Postal Service certified mail return receipt requested and via United States Mail, postage prepaid:

>Debra Obertini
>P.O. Box 6920
>Ocean View, HI 96737

DATED: Honolulu, Hawai'i, February 23, 2006.

>/S/ BRUCE F. SHERMAN