# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00029DAE-LEK |
| CASE NAME: | Debra Obertini vs. Aloha Transportation Rentals, Inc., dba Aloha Taxi |
| ATTYS FOR PLA: | Brice F. Sherman |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/27/2006 | TIME: | 10:04-10:09 |

COURT ACTION:  EP: Motion to Withdraw as Counsel for Plaintiff - Plaintiff's Counsel informed the Court that service of the Motion was done via certified mail, however, no return receipt was received.

Motion Granted.  Sherman to prepare Order Granting Motion to Withdraw as Counsel. To be included in the Order Granting Motion are: Ms. Obertini's last known mailing address, last know phone number(s) and last known fax number.

Counsel should also include that a Status Conference has been set for 3/29/06 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi.  Plaintiff or Plaintiff's new counsel to be physically present.  Failure to appear may result in sanctions being imposed which may include dismissal of the action for failure to prosecute.

Also to be included in the Order is language that the Clerk's Office is to serve the Order on Ms. Obertini at her last known address via certified mail, return receipt requested.

Submitted by: Warren N. Nakamura, Courtroom Manager