BRUCE F. SHERMAN        5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:   (808) 599-3955
Fascimile:   (808) 599-3944
E-mail:      failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEBRA OBERTINI<br><br>            Plaintiff,<br><br>    vs.<br><br>ALOHA TRANSPORTATION<br>RENTALS INC. dba ALOHA TAXI<br><br>            Defendants. | CIVIL NO. 04-00029 DAE/LEK<br>(CIVIL RIGHTS)<br><br><br><br><br><br>ORDER GRANTING MOTION TO<br>WITHDRAW AS ATTORNEY AND<br>SETTING STATUS CONFERENCE |

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY AND
SETTING STATUS CONFERENCE

This matter was heard by the court on February 27, 2006 at 10:00 AM,

present was Bruce F. Sherman. Plaintiff Debra Obertini was not present, despite

being served with notice of the hearing via certified mail, return receipt requested

and by first class mail, postage prepaid. After reviewing the motion and supporting declaration, the court GRANTS the Motion to Withdraw as Attorney, permitting Bruce F. Sherman to withdraw as attorney for Plaintiff Debra Obertini in this matter.

IT IS FURTHER ORDERED, that a status conference in this matter shall be set for the 29th day of March, 2006 at 9:00 a.m. before the Honorable Leslie E. Kobayashi. The Plaintiff shall appear at the hearing personally or by new counsel. If the Plaintiff does not appear personally or by new counsel at the hearing, the court will consider dismissing the complaint for failure to prosecute. The clerk's office for the United States District Court for the District of Hawaii shall send the Plaintiff Debra Obertini a copy of this order and notice of the above referenced hearing by certified mail, return receipt requested.

DATED: Honolulu, this 6th day of March, 2006

_____
LESLIE E. KOBAYASHI
Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY AND SETTING STATUS CONFERENCE; Obertini v. Aloha Transportation Rentals Inc. dba Aloha Taxi; U.S.D.C. Hawaii CV 04-00029 DAE/LEK; Page 2 of 2