**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    DEBRA OBERTINI
    P.O. BOX 6920
    OCEAN VIEW, HAWAII
              96737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

B. Received by (Printed Name)    C. Date

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☐

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for M
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

2. Article Number (Transfer from service label)
   7004 0550 0001 0856 6410

PS Form 3811, August 2001    Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Postmark Here

Sent To: DEBRA OBERTINI
Street, Apt. No.; or PO Box No.: P.O. BOX 6920
City, State, ZIP+4: OCEAN VIEW, HI 96737

PS Form 3800, June 2002    See Reverse for Instructions

Article Number: 7004 0550 0001 0856 6410