BRUCE F. SHERMAN        5996
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Telephone:  (808) 599-3955
Fascimile:  (808) 599-3944
E-mail:     failey52@hawaii.rr.com

Attorney for Plaintiff
DEBRA OBERTINI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| DEBRA OBERTINI | ) CIVIL NO. 04-00029 DAE/LEK |
| --- | --- |
| | ) (CIVIL RIGHTS) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALOHA TRANSPORTATION | ) |
| RENTALS INC. dba ALOHA TAXI | ) NOTICE OF NEW ADDRESS FOR |
| | ) PLAINTIFF |
| Defendants. | ) |

NOTICE OF NEW ADDRESS FOR PLAINTIFF

Plaintiff's former attorney received on March 17, 2006 two(2) return receipts for certified mail sent to Plaintiff DEBRA OBERTINI indicating that her new mailing address is:

        Debra Obertini
        P.O. Box 2792
        Los Angeles CA 90078-2792

DATED:  Honolulu, Hawai'i, _____, 2006.


                        _____/S/_____
                        BRUCE F. SHERMAN