# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**   CIVIL NO. 04-00029DAE-LEK

**CASE NAME:**   Debra Obertini vs. Aloha Transportation Rentals, Inc., dba Aloha Taxi

**ATTYS FOR PLA:**   Debra Obertini (Plaintiff Pro Se)

**ATTYS FOR DEFT:**

**INTERPRETER:**

---

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|--------|---------------------|-----------|------------------|
| DATE:  | 3/29/2006           | TIME:     | 9:21-9:23        |

---

COURT ACTION:  EP: Status Conference - [Plaintiff or Plaintiff's new counsel to be present] - No one present.

Three calls made for Plaintiff Pro Se Debra Obertini, no response.

Court to issue Findings and Recommendation to Dismiss Case for failure to prosecute, etc.

Submitted by: Warren N. Nakamura, Courtroom Manager