cv. 04-29

