cv. 04-29

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
DEBRA OBERTINI
Street, Apt. No.; or PO Box No.
P.O. BOX 2792
City, State, ZIP+4
LOS ANGELES  CA.  90078-2792

PS Form 3800, February 2000      See Reverse for Instructions

7000 0520 0025 5868 0152