**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEBRA OBERTINI
   P.O. BOX 2792
   LOS ANGELES, CA. 90078-2792

   CV 04-00029DAE-LEK

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Debi Obertini_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Debi Obertini    C. Date of Delivery: 5/2/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7000 0520 0025 5868 0152

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

