IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEBRA OBERTINI, | ) | CIVIL 04-00029DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALOHA TRANSPORTATION | ) | |
| RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 29, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation that Case be Dismissed without Prejudice" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 7, 2006.



_____
David Alan Ezra
United States District Judge

Debra Obertini v. Aloha Transportation Rentals, Inc., Civil 04-00029 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc:all parties of record