UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

~~~TINI~~~
**UNKNOWN AT BOX HOLLYWOOD 90078**
~~~?792~~~

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 16 2006
4:20pm
DISTRICT OF HAWAII

CV04-29 DAE-LEK

DEBRA OBERTINI
P.O. BOX 2792
LOS ANGELES, CA 90078-2792

CIVIL 04-00029DAE-LEK