IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEBRA OBERTINI, | ) | CIVIL 04-00029DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALOHA TRANSPORTATION RENTALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 29, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation that Case be Dismissed without Prejudice" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 7, 2006.



David Alan Ezra
United States District Judge

Debra Obertini v. Aloha Transportation Rentals, Inc., Civil 04-00029 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc:all parties of record

## Orders on Motions
1:04-cv-00029-DAE-LEK Obertini v. Aloha Transportation

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 12/7/2006 at 4:25 PM HST and filed on 12/7/2006

**Case Name:** Obertini v. Aloha Transportation
**Case Number:** 1:04-cv-29
**Filer:**
**Document Number:** 33

**Docket Text:**
ORDER ADOPTING [28] MAGISTRATE'S FINDINGS AND RECOMMENDATION. Signed by Judge DAVID ALAN EZRA on 12/07/06. (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/7/2006] [FileNumber=195230-0]
[b1fc3b0a1fccf14f7d87008d867a7ff09ba580271feaf9bd0fc7faabc6db856300ea
29f820679075b084f680994f9723507797af061841bd4d28fb629990995a]]

**1:04-cv-29 Notice will be electronically mailed to:**

**1:04-cv-29 Notice will be delivered by other means to:**

Debra Obertini
P.O. Box 2792
Los Angeles, CA 90078-2792