A 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| DEBRA OBERTINI, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00029DAE-LEK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| ALOHA TRANSPORTATION RENTALS, INC., | December 7, 2006<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[✓]  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Case is DISMISSED WITHOUT PREJUDICE, as pursuant to the "FINDING AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE' filed on March 29, 2006, and pursuant to the "ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION" filed on December 7, 2006.

| December 7, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |