## Other Events

1:04-cv-00029-DAE-LEK Obertini v. Aloha Transportation **CASE CLOSED on 12/07/2006**

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 12/7/2006 at 4:44 PM HST and filed on 12/7/2006

**Case Name:**        Obertini v. Aloha Transportation
**Case Number:**    1:04-cv-29
**Filer:**
**WARNING: CASE CLOSED on 12/07/2006**
**Document Number:**

**Docket Text:**
COURT'S CERTIFICATE of Service - a copy of [33] ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION, and a copy of [34] CLERK'S JUDGMENT IN A CIVIL CASE, will be served December 8, 2006 by First Class Mail to the address of record for Debra Obertini. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc)

The following document(s) are associated with this transaction:

**1:04-cv-29 Notice will be electronically mailed to:**

**1:04-cv-29 Notice will be delivered by other means to:**

Debra Obertini
P.O. Box 2792
Los Angeles, CA 90078-2792